# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| LIZA NORTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAREBRIDGE MEDICAL GROUP PC INC., RSV QOZB LTSS, INC., and ELEVANCE HEALTH INC., d/b/a CAREBRIDGE HEALTH<br><br>Defendants. | Case No.: 8:25-cv-00153-WFJ-NHA |

## MEDIATION STATUS REPORT

The parties, Plaintiff Liza Norton and Defendants Carebridge Medical Group PC Inc., RSV QOZB LTSS, Inc., and Elevance Health Inc., d/b/a Carebridge Health, hereby advise the Court that they have reached a tentative settlement following their mediation in this case. The parties are working together to prepare a long-form agreement and other relevant documents. The parties anticipate that they will be prepared to file appropriate documents on or before September 12, 2025. Therefore, the parties request that the Court keep this case stayed and set a September 12, 2025 deadline for the parties to memorialize their settlement and file appropriate papers with the Court.

By: *s/ Mitchell Feldman*  
   Mitchell L. Feldman  
   Florida Bar No. 0080349  
   mfeldman@flandgatrialattorneys.com  
   FELDMAN LEGAL GROUP  
   12610 Race Track Rd., Suite 225  
   Tampa, FL 33626  
   Telephone: (813) 639-9366  
   Facsimile: (813) 639-9376  

   Attorney for Plaintiffs

By: *s/ Kevin M. Young*  
   Kevin M. Young  
   Florida Bar No. 114151  
   kyoung@seyfath.com  
   Alexander W. Simon (pro hac vice)  
   asimon@seyfarth.com  
   SEYFARTH SHAW LLP  
   1075 Peachtree St. NE, Suite 2500  
   Atlanta, GA 30309-3958  
   Telephone: (404) 881-5467  

   Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on today's date, I electronically filed the foregoing document via the Clerk of the Court using the court system which will notify all attorneys of record.

By: */s/ Kevin M. Young*
Kevin M. Young