UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIZA NORTON,

    Plaintiff,

v.                                              Case No: 8:25-cv-153-WFJ-NHA

CAREBRIDGE MEDICAL GROUP
PC INC., RSV QOZB LTSS, INC. and
ELEVANCE HEALTH INC.,

    Defendants.
_____/

**ORDER**

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that Plaintiffs' Unopposed Motion for Court Approval of the FLSA Collective Action Settlement Agreement and Order Authorizing Notice of this Settlement (Dkt. 68) is granted. The Court specifically approves the parties' settlement agreement attached to the motion as Exhibit 1 (Dkt. 68-1), including Plaintiffs' Counsel's requested attorney's fees and costs, as a fair and reasonable resolution of a bona fide dispute. The parties are hereby authorized to distribute the proposed Notice of Collective Action Settlement and Consent to Join/Claim Form and Release, as set forth in the

Settlement Agreement.  The Clerk is directed to enter judgment dismissing the case with prejudice, terminate all deadlines and motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 5, 2025.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of Record